UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daniel Foster,<br>3635 San Simeon Circle<br>Weston. Florida 33331-5044<br><br>      Plaintiff,<br><br>      v.<br><br>Alberto Gonzales, Attorney General,<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

                              Civil Action No. 06-1288 (JDB)
                              Electronic Case Filing

## Praecipe

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Jane M. Lyons as counsel for the defendant in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 (ph) / (202) 514-8789 (fax)
Jane.Lyons@usdoj.gov

Dated: November 6, 2006