# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL FOSTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-1288 (JDB)** |
| ) | **ECF** |
| **ALBERTO GONZALES, Attorney** ) | |
| **General,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>ORDER</u>

THIS MATTER is before the Court on defendant's motion to dismiss the complaint for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Based on the Court's review of the motion, any opposition and any reply thereto, and the entire record in this matter, the Court finds that plaintiff failed exhaust his administrative remedies in a timely fashion by failing to contact the EEO office within 45 days of his termination on July 16, 2004.  Neither the Complaint nor anything in the record reveals a proper basis for tolling of the 45-day period, and therefore, plaintiff's claim is barred.  Accordingly, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED**, and it is further

**ORDERED** that this case is **DISMISSED**.

_____
Date

_____
JOHN D. BATES
United States District Judge

Copies Through ECF to Counsel of Record