IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL FOSTER,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**ALBERTO R. GONZALES, in his official**<br> capacity as **ATTORNEY GENERAL OF THE**<br> **UNITED STATES,**<br><br>   **Defendant.** | **Civil Action No.:**<br>**06-1288 (JDB)** |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Daniel Foster respectfully moves the Court for an enlargement of time, through and including November 27, 2006, within which to prepare his Memorandum of Points and Authorities In Opposition to Defendant's Motion to Dismiss ("Opposition Memorandum"). Good cause exists for this motion:

**1.** Plaintiff's counsel was served with Defendant's Motion to Dismiss on November 6, 2006 through the Court's Electronic Case Management/Electronic Case Filing System. Accordingly, pursuant to Local Rule 7(b), Plaintiff's Opposition Memorandum is currently due November 16, 2006.

**2.** Plaintiff needs additional time to prepare the Opposition Memorandum. This additional time is needed because Plaintiff's counsel has been engaged simultaneously in completing two major matters and will continue to be so engaged for the next 10 days. In addition, counsel must conduct extensive

research on the case law cited in Defendant's Motion to Dismiss in order adequately to prepare his response to that Motion.

**3.**  Plaintiff therefore requests an enlargement of time within which to prepare the Opposition Memorandum, through and including November 27, 2006.

**4.**  Granting this 10-day enlargement will not require rescheduling of any pretrial or trial dates or any other in-court matters.

**5.**  This is the first enlargement of time Plaintiff has sought in this matter.

**6.**  Counsel for Plaintiff has consulted with counsel for Defendant concerning this Motion for Extension of Time. Counsel for Defendant has graciously consented to the relief requested.

For these reasons, Plaintiff requests the Court grant this Consent Motion for Extension of Time to File Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss. A proposed order is attached.

Respectfully submitted,

Dated and Filed:
November ___, 2006

_____/s/_____
KIM D. MANN, D.C. Bar # 81471
SCOPELITIS, GARVIN, LIGHT & HANSON, P.C.
1850 M Street, N.W., Suite 280
Washington, DC 20036-5804
(202) 783-9222
(202) 783-9230 (fax)

**Attorney for Plaintiff
Daniel Foster**