IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FOSTER,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>    Defendant. | Civil Action No.:<br>06-1288 (JDB) |

**ORDER**

This matter comes before the Court on Plaintiff's Consent Motion for Extension of Time to Submit Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Plaintiff shall file his Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss on or before November 27, 2006.

SO ORDERED.

JOHN D. BATES
UNITED STATES DISTRICT JUDGE