IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FOSTER,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>    Defendant. | Civil Action No.:<br>06-1288 (JDB) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Daniel Foster respectfully moves the Court for a second enlargement of time, through and including December 4, 2006, within which to prepare his Memorandum of Points and Authorities In Opposition to Defendant's Motion to Dismiss ("Opposition Memorandum"). Good cause exists for this motion:

    **1.**    Plaintiff's counsel was served with Defendant's Motion to Dismiss on November 6, 2006. Accordingly, pursuant to Local Rule 7(b), Plaintiff's Opposition Memorandum or other responsive pleading was originally due November 16, 2006.

    **2.**    Pursuant this Court's order, entered November 9, 2006, Plaintiff was granted an unopposed extension of time until November 27, 2006 to file his Opposition Memorandum or other responsive pleading.

3. Plaintiff needs additional time beyond November 27, 2006 to prepare the Opposition Memorandum. The two on-going projects necessitating the first extension request are requiring more time than anticipated to complete because of unforeseen complications, and, with the loss of 2½ days because of Thanksgiving, Plaintiff's counsel finds it necessary to request a second enlargement of time within which to prepare the Opposition Memorandum, through and including December 4, 2006.

4. Granting this seven-day enlargement will not require rescheduling of any pretrial or trial dates or any other in-court matters.

5. Counsel for Plaintiff has consulted with counsel for Defendant concerning this second Motion for Extension of Time. Counsel for Defendant has graciously consented to the relief requested.

For these reasons, Plaintiff requests the Court grant this Consent Motion for Extension of Time to File Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss. A proposed order is attached.

Respectfully submitted,

_____/s/_____

Dated and Filed:  
November 21, 2006

KIM D. MANN, D.C. Bar # 81471  
SCOPELITIS, GARVIN, LIGHT & HANSON, P.C.  
1850 M Street, N.W., Suite 280  
Washington, DC 20036-5804  
(202) 783-9222  
(202) 783-9230 (fax)

**Attorney for Plaintiff  
Daniel Foster**

-2-