IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FOSTER,<br><br>      Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>      Defendant. | Civil Action No.:<br>06-1288 (JDB) |

### ORDER

This matter comes before the Court on Plaintiff's Consent Motion for Extension of Time to Submit Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Plaintiff shall file his Response to Defendant's Motion to Dismiss on or before December 4, 2006, and it is further

ORDERED that the Defendant's Reply to Plaintiff's Response to Dispositive Motion is due December 11, 2006.

SO ORDERED.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE