UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DANIEL FOSTER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1288 (JDB) ECF |
| ALBERTO GONZALES, Attorney General, | ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Alberto Gonzales, Attorney General of the United States and head of the United States Department of Justice, by and through his undersigned counsel, respectfully moves for an enlargement of time of approximately three weeks to file his reply brief in support of defendant's motion to dismiss. Specifically, defendant requests that the Court extend the deadline for filing the reply brief from December 11, 2006 until January 4, 2007. Plaintiff, through his counsel, graciously consents to the relief being sought in this motion. The grounds for the requested relief are set forth below.

This employment discrimination case was served on the U.S. Attorney's Office on September 5, 2006. Plaintiff alleges that his July, 2004 dismissal from his position with the Federal Bureau of Investigation ("FBI") was motivated by his race (Hispanic) and national origin (Peruvian) rather than the multiple instances of misconduct documented by an investigation by the Office of Professional Responsibility. Compl. ¶¶ 12, 31-32. Defendant filed a timely motion to dismiss on November 6, 2006. With defendant's consent, plaintiff sought some

additional time to respond to the motion and filed his opposition on December 4, 2006. Pursuant to Local Civil Rule 7(d) and Federal Rule of Civil Procedure 6(a) and (e), defendant's reply would be due on December 14, 2006. However, the proposed order submitted with plaintiff's previous motion for an extension of plaintiff's deadline requested only until December 11, 2006 for defendant's reply. Because counsel had conferred only with regard to the extension of the filing date for plaintiff's opposition, defendant's counsel had not agreed to shorten the time for reply. Defendant's counsel had no opportunity to review the proposed order prior to its submission.

In any event, defendant needs additional time beyond either date for a reply based on the position taken by plaintiff in his opposition and affidavit that he never received any EEO training while employed as a Special Agent for the FBI and never saw any posted information concerning his rights and responsibilities for filing an EEO claim in any of the three offices to which he was assigned. Counsel for the agency is in the process of gathering and reviewing information and will need to work with various FBI personnel in multiple offices to develop evidence to respond. Counsel reasonably anticipates that this may take a couple of weeks to complete and then a reply memorandum will need to be drafted and reviewed.

This request for additional time is filed in good faith and will not unduly delay the Court's resolution of this matter. This is defendant's first request for an extension of any deadline in the case. No scheduling order has been entered and no pending deadlines will be affected by granting the extension.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for filing his reply in support of defendant's motion to dismiss be extended to and including January 4, 2007. A proposed order is attached.

Dated: December 7, 2006.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161