UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL FOSTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1288 (JDB) |
| ) | ECF |
| **ALBERTO GONZALES,** Attorney General, ) ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

UPON CONSIDERATION of defendant's consent motion for enlargement of time to file a reply brief and the entire record in this case, the Court finds that good cause exists for the requested enlargement. Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through and including January 4, 2007 to file a reply in support of defendant's motion to dismiss.

_____           _____
Date                                                JOHN D. BATES
                                                    United States District Judge


Copies to:  Counsel of Record Through ECF