UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DANIEL FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1288 (JDB) |
| | ) | ECF |
| ALBERTO GONZALES, Attorney | ) | |
| General, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION FOR FURTHER EXTENSION OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Alberto

Gonzales, Attorney General of the United States and head of the United States Department of

Justice, by and through his undersigned counsel, respectfully moves for an enlargement of time

of three business days to file his reply brief in support of defendant's motion to dismiss.

Specifically, defendant requests that the Court extend the deadline for filing the reply brief from

January 4, 2007 until January 9, 2007.  This is defendant's second request for additional time for

this brief.  The Court granted defendant's previous consent motion and extended the deadline

from December 11, 2006 until January 4, 2007.  Plaintiff, through his counsel, graciously

consents to the relief being sought in this motion.  The grounds for the requested relief are set

forth below.

Plaintiff alleges that his July, 2004 dismissal from his position with the Federal Bureau of

Investigation ("FBI") was motivated by his race (Hispanic) and national origin (Peruvian) rather

than the multiple instances of misconduct documented by an investigation by the Office of

Professional Responsibility.  See Compl.  ¶¶ 12, 31-32.  Defendant filed a timely motion to

dismiss all claims on November 6, 2006, and argued that plaintiff's claims were barred by his

failure to make timely contact with the FBI's Equal Employment Opportunity ("EEO") staff.

With defendant's consent, plaintiff sought some additional time to respond to the motion and

filed his opposition on December 4, 2006.  In that opposition, plaintiff argued, among other

things, that he never received any EEO training while employed as a Special Agent for the FBI

and never saw any posted information concerning his rights and responsibilities for filing an

EEO claim in any of the three offices to which he was assigned.

Accordingly, counsel for the agency has been working diligently to secure multiple

declarations to rebut plaintiff's position.  Finalizing those declarations and having them

forwarded to counsel in Washington, D.C. has been delayed by the holiday weekend

unexpectedly extended by the closing of the government for the National Day of Mourning for

President Ford on January 2, 2007.  Once the declarations are provided to the U.S. Attorney's

Office, some additional time is needed to incorporate them into the argument being prepared and

have the product reviewed internally and by the FBI.  Undersigned counsel currently anticipates

that all of this can be completed in time for filing on January 9, 2007.

This request for additional time is filed in good faith and will not unduly delay the

Court's resolution of this matter.  This is defendant's second request for an extension of any

deadline in the case.  No scheduling order has been entered and no pending deadlines will be

affected by granting the extension.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time

for filing his reply in support of defendant's motion to dismiss be extended to and including

January 9, 2007.  A proposed order is attached.

Dated: January 3, 2007.

Respectfully submitted,


_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161