**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **DANIEL FOSTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-1288 (JDB)** |
| ) | **ECF** |
| **ALBERTO GONZALES, Attorney** ) | |
|  **General,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

UPON CONSIDERATION of defendant's second consent motion for enlargement of

time to file a reply brief and the entire record in this case, the Court finds that good cause exists

for the requested enlargement. Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through

and including January 9, 2007 to file a reply in support of defendant's motion to dismiss.

_____                    _____
Date                                                              JOHN D. BATES
                                                                     United States District Judge

Copies to: Counsel of Record Through ECF