01/04/2007  16:26  3128295652                FIELD INTEL GROUP                PAGE  01/02

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FOSTER, )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>  )<br>ALBERTO GONZALES )<br>    Attorney General of the United States. )<br>  )<br>    Defendant. )<br>  ) | Civil Action No. 06-1288 (JDB)<br>ECF |

## DECLARATION OF ANTHONY J. HARPER

I, ANTHONY J. HARPER, declare that:

1. I am an employee of the Federal Bureau of Investigation ("FBI"). I have been an employee of the FBI since 1983.

2. This declaration is submitted in support of the Defendant's Reply in Support of Its Motion to Dismiss in the above-referenced matter.

3. I am currently an intelligence analyst in the Chicago Division of the FBI. In addition, I have served as an EEO Counselor of the Chicago Division since 1995. In the capacity of an EEO Counselor, I am responsible for serving as a liaison between employees and management in the informal complaint processing stage, including advising employees of their EEO rights under the law.

4. During the time period including July 1996 – June 1998, posters were displayed in common areas of the Chicago Division. Specifically, the posters were located on the eighth, ninth, and tenth floors of the building in which the Chicago Division was located. The areas in which the posters were located were accessible to all employees in the Chicago Division. For example, one of the posters was placed outside of the mailroom and under the staircase between the ninth and tenth floors. I recall that the poster provided the photographs, names, and contact information of the EEO counselors who could address discrimination issues.

5. In Chicago, there is an annual conference for agents, including during the time period 1996 through 1998. These conferences contain a segment on the EEO process, including notification to employees that they have a 45-day period to contact an EEO counselor from the date of an alleged discriminatory event.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January __4__, 2007. Chicago, Illinois

_____
ANTHONY J. HARPER