UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL FOSTER, )
)
Plaintiff, )
)
v. ) Civil Action No. 06-1288 (JDB)
) ECF
)
ALBERTO GONZALES )
Attorney General of the United States, )
)
Defendant. )
)

## DECLARATION OF AUREA IRIS GARCIA

I, AUREA IRIS GARCIA, declare that:

1. I am an employee of the Federal Bureau of Investigation ("FBI"). I have been an employee of the FBI since 1981.

2. This declaration is submitted in support of the Defendant's Reply in Support of Its Motion to Dismiss in the above-referenced matter.

3. I am currently a paralegal specialist in the San Juan Division of the FBI. In addition, I have served as an EEO Counselor of the San Juan Division since 1986. In the capacity of an EEO Counselor, I am responsible for serving as a liaison between employees and management in the informal complaint processing stage, including advising employees of their EEO rights under the law.

4. During the time period 1998-2001, the attached Equal Opportunity poster was posted in a common area of the San Juan Division. Specifically, one of the posters was placed on the Fifth Floor of the Federal Building in which the FBI is located. The area in which the poster was located is accessible to all employees in the San Juan Division.

5. The poster states that, "Before a formal complaint of discrimination may be filed, you must bring the matter to the attention of one of the below-named persons within 45 calendar days after the action in question. Failure to contact an EEO counselor **WITHIN 45 CALENDAR DAYS** of an alleged discriminatory action will likely result in forfeiture of your right to pursue a claim of discrimination." The poster provides the names of the EEO counselors to contact to address discrimination issues.

6. In San Juan, there is an annual conference for agents. These conferences contain a presentation on the EEO process, including notification to employees that they have a 45-day period to contact an EEO counselor from the date of an alleged discriminatory event. For example, on April 20, 2001, the San Juan Division held an annual conference for all agents in which the EEO process was described. The attached document is a true and authentic copy of the Electronic Communication that described the agenda for the conference and includes an attendance list in which Mr. Foster's name is included.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 20, 2006, San Juan, Puerto Rico

_____
AUREA IRIS GARCIA



# The FBI's Policy Is Equal Opportunity

If you are an employee or applicant for employment with the FBI, and you feel that you have a complaint due to discrimination based on **RACE, COLOR, RELIGION, SEX (INCLUDING SEXUAL HARASSMENT), NATIONAL ORIGIN, AGE, HANDICAP OR REPRISAL FOR PREVIOUS INVOLVEMENT IN AN EEO ACTIVITY,** contact an EEO Counselor.

Before a formal complaint of discrimination may be filed, you must bring the matter to the attention of one of the below-named persons within 45 calendar days after the action in question. Failure to contact an EEO Counselor **WITHIN 45 CALENDAR DAYS** of an alleged discriminatory action will likely result in forfeiture of your right to pursue a claim of discrimination.

**Iris Garcia**
Ext. 1569

**Vasti Lugo**
Radio / Swithboard

vra M

Angel Rodriguez
Ext. 2162

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                              Date:  04/23/2001

To:   San Juan

From: San Juan
       Field Police Training Coordinator
       Contact: Carlos F. Berrios, X-1592

Approved By: Hunter Marlene M
             Figueroa Jose E

Drafted By: Berrios Carlos F:cfb

Case ID #: SJ 1A-5   1A-55-37470-6
                     37468 67

Title: 2001 ANNUAL AGENTS CONFERENCE
       APRIL 20, 2001
       FT. BUCHANAN, PR

Synopsis: The Annual Agents Conference for 2001 was conducted on 4/20/01.

Enclosure(s): Attached is copy of attendance sheet.

Details: The 2001 Annual Agents Conference was conducted on 4/20/01 at Ft. Buchanan, PR from 08:15 am-4:30 pm.

The conference agenda is included below:

## ALL AGENTS CONFERENCE
### APRIL 20, 2001

| Time | Topic | Speaker |
|---|---|---|
| 8:15-8:20 AM | Welcome | PM J. Figueroa |
| 8:20-8:30 | Media Issues | SA E. Rivera |
| 8:30-8:40 | SOG | SA J. Peltier |
| 8:40-8:50 | UC Matters | SSA E. Torres |
| 8:50-9:05 | BREAK | |
| 9:05-9:15 | ERT | SA G. Brindza |
| 9:15-9:25 | EAP | LS D. Mendez |
| 9:25-9:40 | Forfeiture Matters | SA M. Lucht |

To: San Juan  From: San Juan
Re: SJ 1A-5, 04/23/2001

| 9:40-9:50 | Training Task Force - Mission | SA W. Molina |
|---|---|---|
| 9:50-10:05 | BREAK | |
| 10:05-10:15 | Medical Support | LS D. Mendez |
| 10:15-10:30 | Office Automation | SCS E. Fuhs |
| 10:30-10:45 | Blood-airborne Pathogens | SAS C. Padilla |
| 10:45-11:15 | EEO Issues | EEO Kathleen Koch |
| 11:15-11:30 | BREAK | |
| 11:30-11:40 | Evidence Handling/Submissions | E.C. R. Torres |
| 11:40-11:55 | HIDTA Program | SSA N. Fabregas |
| 11:55-12:10 | Technical Agent Support | SA R. Huber |
| **12:10-1:10 PM** | LUNCH | |
| 1:10-1:25 | FBI Recruitment/Applicant Matters | SA A. Vega & SA M. Perez |
| 1:25-1:40 | Communications/Radio | SET M. Quijano |
| 1:40-1:55 | Procurement/Budget/Support issues | FM L. Colon |
| 1:55-2:10 | BREAK | |
| 2:10-2:25 | Security Matters | SSA D. Miller |
| 2:25-2:40 | Criminal Informant Program | SA A. Tobon |
| 2:40-2:55 | Quality of Life/New arrivals to SJ | ASAC D. Wattley & CLO I. Pagan |
| 2:55-3:25 | Discussion of Programs; Strategic Planning and importance of "Building Block" process; Crime Survey; Goals & Objectives; Resource Allocations; Accomplishments | ASACs J. Erickson, D. Wattley & PM J. Figueroa |
| 3:25-3:40 | BREAK | |
| 3:40-5:00 | General Office Issues | SAC M. Hunter |

♦♦

| NAME | |
|---|---|
| DAVID WATTLEY | |
| Jose E. Figueroa | |
| Marlene M. Hunter | |
| DANIEL FOSTER | |
| RICARDO RODRIGUEZ | |
| William GARCIA D-3 | William Garcia |
| FRANCISCO NG FAJARDO RA | Francisco Ng |
| David M. Villarreal | [signature] |
| Luis M. Gonzalez | [signature] |
| Ivan J. Vitousek | Ivan J. Vitousek |
| Jose A. Qrench | |
| Osvaldo DeJesus | [signature] |
| JOSEPH E. AGUILAR | Joseph E. Aguilar |
| Osvaldo Seda | [signature] |
| Victor M. Diaz | [signature] |
| JOHN YERVELLI | [signature] |
| Timothy P Henkel | [signature] |
| [illegible] | [signature] |
| [illegible] | |
| Edward SULZBACH | [signature] |
| Diego H. [illegible] | |