UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL FOSTER,                      )
                                    )
            Plaintiff,              )
                                    )
    v.                              )        Civil Action No. 06-1288 (JDB)
                                    )        ECF
                                    )
ALBERTO GONZALES                    )
    Attorney General of the United States, )
                                    )
            Defendant.              )
                                    )
                                    )

## DECLARATION OF ALICIA A. LANCASTER

I, ALICIA A. LANCASTER, declare that:

1.      I am an employee of the Federal Bureau of Investigation ("FBI"). I am currently
an intelligence analyst in the Miami Division of the FBI. I have been an employee of the FBI
since 1987.

2.      This declaration is submitted in support of the Defendant's Reply in Support of Its
Motion to Dismiss in the above-referenced matter.

3.      I have served as an EEO Counselor of the Miami Division since 1991. In the
capacity of an EEO Counselor, I am responsible for serving as a liaison between employees and
management in the informal complaint processing stage, including advising employees of their
EEO rights under the law.

4.      During the time period July 2001 through July 2004, the attached EEO poster was
posted in common areas of the Miami Division. Specifically, on the second floor, the poster has
been posted in the employee's breakroom and on a bulletin board near the elevator. The areas in
which the posters were located are accessible to all employees in the Miami Division. The
attached photographs show the EEO poster on the bulletin board.

5.      The poster states that, "Before a formal complaint of discrimination may be filed,
you must bring the matter to the attention of one of the below-named persons within 45 calendar
days after the action in question. Failure to contact an EEO counselor **WITHIN 45
CALENDAR DAYS** of an alleged discriminatory action will likely result in forfeiture of your
right to pursue a claim of discrimination." The poster provides the names of the EEO counselors
to contact to address discrimination issues.

6.    A memorandum dated September 15, 2003 described the EEO initiatives for the Miami Division during the period of April 15, 2003 to September 15, 2003. The memorandum stated, "Miami continues to display posters throughout the division and Resident Agencies depicting each Counselor's Name, photograph and telephone listing. In addition to this poster depicting important EEO dates and bases of discrimination are also poster[s] throughout the division." A true and authentic copy of the memorandum is attached to this declaration.

7.    A memorandum dated April 4, 2003, also confirmed that the Miami Division continued to display posters during the period of September 15, 2002 to March 16, 2003. A true and authentic copy of the memorandum is attached to this declaration.

8.    In Miami, there is an annual conference for agents. During these conferences, I have made presentations on the EEO process, including notification to employees that they have a 45-day period to contact an EEO counselor from the date of an alleged discriminatory event. For example, the attached memorandum dated April 4, 2003, indicated that I made a presentation to the division's Special Agents during the period of September 15, 2002 to March 16, 2003. This presentation covered the EEO program, its policies, and guidelines, including the 45-day period to contact a counselor.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  January 3, 2007, Miami, Florida

*alicia A. Lancaster*
ALICIA A. LANCASTER

2





(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:**  9/15/2003

**To:**  Director's Office          **Attn:**  Azadeh Mercado, OEEOA


**From:**  Miami
      T-4 Squad
      **Contact:**  OS Alicia A. Lancaster, (305) 787-6562


**Approved By:**  Apollony Andrew A

**Drafted By:**  Lancaster Alicia A:aal

**Case ID #:**  280D-HQ-1192411
           66F-MM-A101138

**Title:**  EQUAL EMPLOYMENT OPPORTUNITY (EEO) INITIATIVES
       AFFIRMATIVE EMPLOYEE PLAN
       REPORT FOR THE PERIOD
       APRIL 15, 2003 - SEPTEMBER 15,2003

**Synopsis:**  This document contains EEO Initiatives and Employment Plans for captioned period ending September 15, 2003.

**Reference:**  FBIHQ Electronic Communication, dated November 10, 1997 and FBIHQ Electronic Communication, dated June 13, 2000.


**Details:**

1.       <u>**RECRUITMENT**</u>

      The Miami Applicant Unit continues to attract and recruit the most qualified applicants in South Florida. Continuing to meet the challenge of recruiting qualified individuals with specific computer science/information technology, counterterrorism, and language criteria, Miami has broaden its efforts to include radio and newspaper interviews and advertisements.  During this period, the Miami's Special Agent Recruiter (SAR) has been a guest on two very popular radio stations in South Florida: WHQT-FM (Hot 105) and WEDR-FM (99.1). These stations are primarily listened to by the African Americans and Hispanic population between the ages 21 and 34. In addition

To:   Director's Office   From:  Miami
Re:   280D-HQ-1192411, 09/15/2003


to this, the SAR, an ASAC and several African American Special
Agents met with a representative from The Miami Herald, to
discuss outreach, the FBI's role in the community, and FBI
employment opportunities. These efforts resulted in a positive
flow of interested candidates. Miami was noted for its
innovative recruiting efforts and was requested by the Personnel
Resource Unit to give a presentation during the National
Recruiting In-Service, in Quantico, Virginia.

        The SAR, who is a female, continues to develop new
networking connections within the community.  Her efforts to
maintain good rapport prompts invitations to numerous Career
Fairs and conferences. During captioned period, Miami attended
various professional, cultural, civic, collegiate, Fraternal
associations and radio mediums in an attempt to attract qualified
women and minority applicants to the FBI.   They are:


                 FLORIDA ATLANTIC UNIVERSITY

             FLORIDA INTERNATIONAL UNIVERSITY (FIU)

    National Association for the Advancement of Colored People
                          (NAACP)

             NOVA SOUTHEASTERN UNIVERSITY LAW SCHOOL
        (SAR gave presentation of Undergraduate and Graduate Students)

                UNIVERSITY OF MIAMI SCHOOL OF LAW

             FLORIDA INTERNATIONAL UNIVERSITY (FIU)
         (SAR discussed Honors Internship and Special Agent Careers.  The
                 student population is primarily Hispanic)

    FLORIDA CAREER PROFESSIONALS ASSOCIATION ANNUAL CONFERENCE
                (SAR attended a diversity and networking)

             SOUTHEASTERN FEDERAL RECRUITING COUNCIL

                UNITED STATES SOUTHCOM ARMY TRANSITION
            (SAR conducts presentations to Military personnel who
          are seeking employment following active duty assignment)

                         LYNN UNIVERSITY
            (SAR gave presentation regarding Careers in the FBI)


                              2

To:  Director's Office  From:  Miami
Re:  280D-HQ-1192411, 09/15/2003


## 2.        Opportunities For Career Development Among Personnel:

        The Upward Mobility Coordinators (UM) continue to
assist and/or advise employees of methods in which to develop
and/or improve their current job status. During this period,
Miami's UM coordinators established a bi-monthly schedule for
administrating the typing test. This new arrangement will allow
support personnel the opportunity to perfect their skill and be
ready to advance as secretarial positions arise. As a direct
result of these efforts, there were nineteen (19) support
promotions within the Miami Division; including five females and
fourteen minorities.

        Employees may also sharpen their skills by attending
in-services, conferences and workshops which are designed to
improve and enhance their job-related expertise.  The
Governmental Employees Training Act (GETA) has been the medium in
which to finance these efforts.  In this period, one hundred
twenty-five (125) employees used GETA funds, sixty-eight (68) of
which represented women and/or minorities.

        In an effort to enhance the morale, management searches
for excellence among its work force, to highlight various
employees for exceptional projects and/or assignments.  During
this period, fifty-one (51) employees were recognized in the form
of an incentive, time off or an on the spot award.  Of the fifty-
one recipients thirty-five (35) were minorities and/or women.  In
addition, one Miami employee received the Director's Award.

        Miami currently has two hundred two (202) Special
Agents participating in the Principal and Relief Supervisory
program; seventy-seven (77) of which represent women and/or
minorities.

        Various programs in the Miami office are coordinated
by minorities and/or women and they are as follows: Language
Coordinator, Equal Employment Opportunity Coordinator, Drug
Demand Reduction Coordinator, Foreign Language Coordinator,
Special Surveillance Group Coordinator, Person with Disabilities
Program Coordinator, Victim Witness, all three of the Upward
Mobility Coordinators, Community Outreach Coordinator, Federal
Women's Program Coordinator and two of the Miami Liaison
Officers.

3

To: Director's Office   From: Miami
Re: 280D-HQ-1192411, 09/15/2003

### 3.        Sensitizing Supervisors, Management and Employees:

Special Agent in Charge Hector M. Pesquera has
continuously expressed his committed to the EEO Program and its
policy and guidelines. He has a "no-tolerance" commitment to
discrimination and shares the same to his Executive Managers,
Agent and Support Supervisors. SAC Pesquera has made several
efforts over the years to embrace diversity, explaining that in
order to work effectively, we must respect one another's
differences. In April, SAC Pesquera supported the OEEOAs effort
to administer Cultural Diversity training to all Division
Managers. Whereas some managers were unavailable to attend,
because of investigative efforts, or otherwise, SAC Pesquera made
every attempt to ensure that each manager attended a follow-up
session. Although not necessarily a direct EEO-related matter, it
further demonstrates SAC Pesquera's commitment to cultural
respect and awareness.

In an effort to promote teamwork as a most effective
managerial tool, SAC Pesquera encouraged all support managers
attend a seminar offered by Skillpath entitled, "Coaching and
Teambuilding Skills for Managers and Supervisors". Fifteen
support supervisors attended.

### 4.   Policy/Internal Guidance:

a.   EEO Matters

SAC Pesquera is aware of the EEO Program, its policies and
guidelines. As well, SAC Pesquera is keenly aware of his
responsibility to the program. He exhibits and expects the same
from his ASACs, Supervisors and Managers.

At the request of SAC Pesquera, the EEO Coordinator, was
invited to present important information regarding the EEO
Program, to include the Alternate Dispute Resolution to new
Support and Agent personnel.

Miami continues to display posters throughout the division
and Resident Agencies depicting each Counselor's Name, photograph
and telephone listing. In addition to this poster depicting
important EEO dates and bases of discrimination are also poster
throughout the division.

4

To:  Director's Office  From:  Miami
Re:  280D-HQ-1192411, 09/15/2003


     **b.**    **EEO Counselors**

    Prior to captioned period, Miami had five (5) EEO
counselors.  During this period, ending September 15, 2003, one
individual resigned from her duties as an EEO Counselor, in order
to pursue in order to participate in the ADR program as a
Mediator.  Therefore, Miami maintains four (4) experienced,
trained EEO Counselors whom are fully qualified to handle any
complaints of alleged discrimination.

    Miami's EEO Counselors represent the following: one (1)
African-American female (EEO Coordinator), two (2) White females,
and one (1) African-American male.  Listed below are Miami's EEO
counselors:

| | |
|---|---|
| Pamela S. Agrait | – Telecommunication Specialist |
| Alicia A. Lancaster | – Operation Specialist |
| Gail Winter | – Financial Analyst |
| Thaddeus Knight | – Special Agent |

    SAC Pesquera supports the EEO counselors and applauds their
many efforts to maintain a healthy, non-discriminative work-
place.


**5.**    **Minority Community Outreach:**

    The SAC continues his contacts within the community to
maintain a good rapport and trust of the FBI.  SAC Pesquera has
met with numerous community groups and leaders, in an effort to
promote a cohesive liaison.  Listed below are the contacts made
by SAC Pesquera within this captioned period ending September 15,
2003:

Miami Chief of Police

United States Southcom

United States Attorney's Office (USAO)

United States Secret Service (USSS)

Transportation Security Administration

Broward County Sheriff's Office

To:  Director's Office   From:  Miami
Re:  280D-HQ-1192411, 09/15/2003


Drug Enforcement Administration

Consular Corps

Central Intelligence Agency

Florida Department of Law Enforcement

Florida Police Chief Association

Florida Sheriff's Conference

Latin Chamber of Commerce

Boca Police Department

Director for Investigations for Diplomatic Security


During the month of May, Miami employees participated in the National Day of Prayer. In a non-denomination service, several employees and members of Executive Management came together in prayer and reflection to pay homage to those fighting for our Nation's freedom.

Miami's Community Outreach Coordinator (COC), who is a minority male, has kept Miami FBI in good rapport with the community we serve. During this reporting period, the COC has acting on behalf of the SAC in his liaison and guest appearances with:

- Numerous efforts in Dade and Broward county elementary, junior and High School Career Day Presentations.
- Inter-office tours, specifically to Brazilian law enforcement officials.
- Appeared as a guest speaker for the Dade County School's Academy
  of Finance Program.
- Provided Fingerprint Kits to families at the Hispanic Broadcasting Corporation's Women and Children event and the Sawgrass Ford's Safety Event. The presentation regarding safety from child exploitation, child abduction-related safety

In addition to the above, Miami employees unselfishly gave of their time during the United Way Kickoff Campaign activity.

6

To: Director's Office   From:  Miami
Re: 280D-HQ-1192411, 09/15/2003


During this activity, personnel from various government agencies,
along with the FBI participated in a clean-up day at the park in
a section of Miami, called Little Haiti.


## 6.   Personal Outreach/Community Contacts

The outpouring of love and generosity of FBI employees, have
made a difference in the live of one of our own.  When a tragic
accident claimed the life of the child of one Miami employee, the
sky was the limit to assist and support this bereaved family.
Employees unselfishly donated their time, funds and annual leave
in an effort to facilitate the necessary final days of Little
Shane's life.  Miami is known for lending a helping hand in the
community, but this time, Miami helped one of its own.


## 7.   Employees with Disabilities

Miami employs a minority female who is hearing impaired
(deaf). She is assigned as a data loader and is regarding as a
valued employee.  During this reporting period, she recieved an
Incentive Award for her efforts.


♦♦


7

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 4/04/2003

**To:** Director's Office              **Attn:** Anton Claiborne, OEEOA


**From:** Miami
          T-4 Squad
          **Contact:** IRS Alicia A. Lancaster, (305) 787-6562


**Approved By:** Apollony Andrew A

**Drafted By:** Lancaster Alicia A:aal

**Case ID #:**  280D-HQ-1192411
                66F-MM-A101138

**Title:** EQUAL EMPLOYMENT OPPORTUNITY (EEO) INITIATIVES
           AFFIRMATIVE EMPLOYEE PLAN
           REPORT FOR THE PERIOD
           SEPTEMBER 15, 2002 - MARCH 16, 2003

**Synopsis:** This document contains EEO Initiatives and Employment
Plans for captioned period.

**Reference:** FBIHQ Electronic Communication, dated November 10,
1997 and FBIHQ Electronic Communication, dated June 13, 2000.


**Details:**

## 1.        RECRUITMENT

          Due to the critical need of Agent applicants with
specialized language skills there is an emphasis on the
recruitment and processing of Special Agent applicants who
possess said skills. This includes advising career placement
representatives from the HACU (Hispanic Association of Colleges
and Universities) affiliated schools in South Florida of the
Bureau's language necessity.  FBI Headquarters has stressed the
urgency to attract and interview qualified individuals who meet
that particular criteria.  Answering the call, via the world-wide
web, was as a total of three hundred twenty-one (321) interested

To:  Director's Office  From:  Miami
Re:  280D-HQ-1192411, 04/04/2003


applicants who lived within the Miami jurisdiction.  A breakdown
of gender and nationality is listed below:

| | Unknown | American Indian | Asian | African American | Hispanic | White | TOTAL |
|---|---|---|---|---|---|---|---|
| Female | | | 3 | 11 | 39 | 25 | 78 |
| Male | | | 8 | 18 | 123 | 82 | 231 |
| Unknown | 12 | | | | | | 12 |
| TOTAL | | | 11 | 29 | 162 | 107 | 321 |

     Miami's Applicant Unit has devoted a substantial amount of
time to the reviewing of the above applications as well as
contacting, recruiting and processing of additional qualified
candidates for hire.

     During captioned period, Miami attended several
professional, cultural, civic, collegiate, Fraternal associations
and radio mediums all in an attempt to attract qualified women
and minority applicants to the FBI.  Through such efforts
numerous individuals have shown interest in becoming a part of
this organization.

     Miami has successfully administered Phase I testing to one
hundred fifty-two (152) interested candidates.  Of the one
hundred fifty-two (152), eighty-two (82) applicants successfully
passed.  During the months of September through March, one
hundred seventy (170) applicants were administered the Phase II
SASS, of which ninety-eight (98) individuals passed.  It should
be noted that the pool of candidates represented Hispanics,
African American, women and Asian culture.

     Miami's Special Agent Recruiter (SAR) Andrea E. Colucci
continues her efforts in contacting various colleges,
universities and various civil, professional organizations with
qualified women and/or minorities.  During captioned period,
ending March 16, 2003, Miami's SAR made the following contacts:


          ST THOMAS UNIVERSITY SCHOOL OF LAW SCHOOL
       (SAR discussed Honors Internship and Special Agent Careers)

                 NATHA COMMUNICATIONS


                        2

To: Director's Office  From:  Miami
Re: 280D-HQ-1192411, 04/04/2003


(Advertisement purchased by Miami FBI. Magazine distributed during NAACP
Freedom Fund Banquet)

CAREER RECRUITER PROFESSIONAL CAREER FAIR
(Attendees were primarily Hispanic)


CAREER RECRUITER PROFESSIONAL CAREER FAIR
(Attended by a large percentage of African Americans and Women)

MIAMI DADE COUNTY GOVERNMENT AND U.S. SECRET SERVICE
CAREER FAIR

FLORIDA INTERNATIONAL UNIVERSITY (FIU)
CAREER FAIR
(Student population is primarily Hispanic)

NOVA SOUTHEASTERN UNIVERSITY LAW SCHOOL
(SAR discussed Honors Internship and Special Agent Careers)

FLORIDA INTERNATIONAL UNIVERSITY (FIU)
DIVERSITY INTERNSHIP FAIR
Biscayne Bay Campus


FLORIDA INTERNATIONAL UNIVERSITY (FIU)
DIVERSITY INTERNSHIP FAIR
College Park Campus

NOVA SOUTHEASTERN UNIVERSITY
GRADUATE SCHOOL OF MBA

UNIVERSITY OF MIAMI
ZIFF PLACEMENT PROGRAM
(Attendees, whom were primarily Hispanic were active MBA
students and/or alumni of UM)

UNIVERSITY OF MIAMI SCHOOL OF LAW

FLORIDA ATLANTIC UNIVERSITY

CAREER RECRUITERS PROFESSION

ASSOCIATION OF LATINO PROFESSIONAL
IN ACCOUNTING AND FINANCE
@ FLORIDA INTERNATIONAL UNIVERSITY

3

To: Director's Office  From: Miami
Re: 280D-HQ-1192411, 04/04/2003


MIAMI DADE COMMUNITY COLLEGE
CAREER FAIR
International Campus

SOUTH FLORIDA CONSORTIUM OF PRIVATE COLLEGES/UNIVERSITIES
(Primarily Hispanic Population)

NOVA UNIVERSITY LAW SCHOOL


NOVA SOUTHEASTERN UNIVERSITY GRADUATE SCHOOL
ASSOCIATION OF BLACK ACCOUNTANTS

UNIVERSITY OF MIAMI
(SAR conducted a Honors internship presentation)

NOVA UNIVERSITY
(Senior Career Fair)

ST THOMAS UNIVERSITY

FLORIDA MEMORIAL COLLEGE (FMC)
(Presentation to the Miami-Dade Police Department's Explorers)

RADIO STATION HOT 105 FM
(Regarding Advertisement via radio ads and possible interviews.
This effort is in an attempt to reach a larger population of
interested African American candidates)


**2.      Opportunities For Career Development Among Personnel:**

     Miami's Special Agent in Charge (SAC) Hector M. Pesquera
maintains his commitment to encourage and edify qualified
individuals.  With no respect of person, SAC Pesquera encourages
all personnel, to include women, minorities and disabled
individuals to apply for higher-level positions.  Additionally,
SAC Pesquera depends of the expertise of the Upward Mobility
Coordinator and Training Coordinator, whom have worked diligently
to assist and/or advise employees of methods in which to develop
and/or improve their current job status.  Employees may do so by
attending in-services, conferences and workshops that are
designed to improve their job-related skills.  These training
sessions are provided by the Bureau as well as state and local
organizations.  Employees are made aware of funds that are

4

To: Director's Office   From: Miami
Re: 280D-HQ-1192411, 04/04/2003


available through the Governmental Employees Training Act (GETA)
and have used these funds several times before to finance their
efforts.  In captioned period, GETA funds were used forty-three
(43) times and of this total, nineteen (19) represented women
and/or minorities.

     With the constant support of the SAC Miami, the Upward
Mobility Coordinator (UM), who is a female, places much emphasis
on providing awareness of higher grade positions, to include
managerial and supervisory positions. While much emphasis is
placed on minorities and/or women, the UM coordinator ensures
that all qualified persons are given fair opportunity to apply.
The very practical use of office e-mail, bulletin boards and

intra-office mailings have been the catalyst of "getting the word
out".  Employees are given constructive criticisms on writing and
verbal skills and are encouraged to enhance those skills through
in-services and/or outside training.  As a direct result of these
efforts, there were eight (8) support promotions within the Miami
Division; three females and five minorities promoted during this
period.  Equally as exciting, SAC Pesquera and Upper-management
gave recognition and a Quality Step Increase (QSI) to two support
employees for performance above and beyond their job
requirements. The recipients of these awards are both females;
and one of whom is African American.

     Miami currently has two hundred four (204) Special Agents
participating in the Principal and Relief Supervisory program;
sixty (85) of which are represented as women and/or minorities.

     Various programs in the Miami office are coordinated
by minorities and/or women and they are as follows: Language
Coordinator, Equal Employment Opportunity Coordinator, Drug
Demand Reduction Coordinator, Foreign Language Coordinator,
Special Surveillance Group Coordinator, Upward Mobility
Coordinator, Community Outreach Coordinator, Federal Women's
Program Coordinator and two of the Miami Liaison Officers.


3.   **Sensitizing Supervisors, Management and Employees:**


     Miami Division has quite a diverse population, even as diverse as th
With this in mind, the awareness of cultural differences is not only expe
Responding to a need, SAC Pesquera recently appointed a minority male as

5

To: Director's Office  From: Miami
Re: 280D-HQ-1192411, 04/04/2003


Trainer. This individual, recently attended training at Quantico, Virgin
participate in an upcoming Cultural Awareness Training here in the divisi
uniqueness of diversity, issues are bound to arise, because of this inevi
Pesquera, has expressed his position regarding professionalism and respec
and maintains an open door policy to discuss matters at any level.

An incident that comes to mind where SAC Pesquera exercised his atti
during the Miami division reorganization. It was a stressful time for th
because of SAC Pesquera's open door policy and the velocity to address al
issues of discrimination were extinguished. Although not necessarily an
further demonstrates SAC Pesquera's commitment to fairness.


## 4. Policy/Internal Guidance:

### a. EEO Matters

SAC Pesquera is aware of the EEO Program, its policies and
guidelines. As well, SAC Pesquera is keenly aware of his
responsibility to the program. He exhibits and expects the same
from his ASACs, Supervisors and Managers.

At the request of SAC Pesquera, this writer was invited to
present important information on the EEO Program, its policies
and guidelines. This one-day seminar which covered various
matters of interest was attended by over four hundred (400) of
Miami's Special Agents to include Upper-Management and
Supervisors.

Miami continues to display posters throughout the division
and Resident Agencies depicting each Counselor's Name, photograph
and telephone listing. In addition to this poster depicting
important EEO dates and bases of discrimination are also poster
throughout the division.

### b. EEO Counselors

Prior to captioned period, Miami had six (6) EEO counselors.
During this period, ending March 15, 2003, one individual
resigned from her duties as an EEO Counselor. Even so, Miami
maintains five (5) experienced, trained EEO Counselors whom are
fully qualified to handle any complaints of alleged
discrimination.

6

To:  Director's Office  From:  Miami
Re:  280D-HQ-1192411, 04/04/2003


Today, Miami's EEO Counselors represent the following: one
(1) African-American female (EEO Coordinator), two (2) White
females, one (1) African-American male and one (1) Hispanic
female.  Listed below are Miami's EEO counselors:

     Pamela S. Agrait       - Telecommunication Specialist
     Alicia A. Lancaster    - Intelligence Research Specialist
     Maida Rivera           - Elsur Clerk
     Gail Winter            - Financial Analyst
     Thaddeus Knight        - Special Agent

SAC Pesquera supports the EEO counselors and applauds their
many efforts to maintain a healthy, non-discriminative work-
place.  SAC Pesquera is in monthly contact with the EEO
Coordinator and is always interested in finding ways to assist
the program via training, seminars etc.


     c.  Employee Advisory Committee

The Employee Advisory Committee (EAC) continues to address
the concerns of employees; both great or small.  Its mission is
to create a more harmonious work environment.  The EAC
encourages the involvement of all employees regarding complaints,
decisions and matters that affect the workplace.  On the same
note, employees are encouraged to make suggestions that will
enhance the office; those suggestions should be for the
betterment of the entire office.  The EAC group is comprised of
non-managerial individuals and is equitably comprised of both
support and Agent personnel.

During this reporting period, several Miami employees to
include Upper management "rolled up their sleeves" to clean the
building's parking lot and its surrounding area of trash and
debris. Approximately twenty-five people shared in an afternoon
of hard work.  Their efforts were applauded by all employees who
benefitted greatly.


     d.  Communication Flow

Intra-office/divisional mailings, e-mails and office
bulletin boards continue to be the most effective methods of
notification in the Miami Division.  In an effort to ensure FBIHQ
communications are received more timely; such communications are

7

To:  Director's Office  From: Miami
Re:  280D-HQ-1192411, 04/04/2003

sent to each squad/unit and that Supervisors is responsible to
forward to his/her employees. This has proven to be most
effective and timely.

## 5.   Minority Community Outreach:

The SAC continues his contacts within the community to
maintain a good rapport and trust of the FBI. SAC Pesquera has
met with numerous community groups and leaders, in an effort to
promote a cohesive liaison. Even in the midst of the extensive
reorganization of the Miami division, SAC Pesquera has managed to
maintain contact with numerous groups and/or leaders. Listed
below are the contacts made by SAC Pesquera within this captioned
period ending March 15, 2003:

United States Attorney's Office

Housing and Urban Development (HUD)

Florida Police Chief Association

Broward County Sheriff's Office

Federal Emergency Management Agency

Anti-Terrorism Task Force/ United States Attorney Office

Dade County Chiefs of Police

Memorial Healthcare System
Board of Directors
(SAC Pesquera presented the Director's
Community Leadership Award)

The Miami Division employs a diverse group of employees.
Associate and Assistant Special Agent(s) in Charge act on behalf
of SAC Pesquera in their liaison activities with community groups
and/or leaders. The following contacts represent those made by
Miami's A/SAC and/or ASAC(s):

Special Olympic of Florida

U.S. Chamber of Commerce

8

To: Director's Office From: Miami
Re: 280D-HQ-1192411, 04/04/2003

Miami-Dade Police Department

Homeland Security Briefing

U.S. Attorney Office

Housing and Urban Development (HUD)

Metro Dade Police Department

Crimes Against Children Conference

Food and Drug Administration (FDA)

Met with an individual from Scotland Yard. Subject is a
victim of racial discrimination and interested in relocating to
South Florida.

Monroe County Police Department

LEACH Task Force

During this reporting period, Miami employees participated in its
annual Hispanic Heritage and Black History festivities. Both of
these events, which consisted of several days of activities were
well attended. Hispanic dancers adorning their heritage's garb
demonstrated the basic salsa movement. Attendees enjoyed lunch
and an evening outing at a local Spanish café. The Black History
event included an evening out with the Alvin Ailey's Dance troop
of Harlem, a bus tour highlighting the historic sites of Miami
and concluded with a luncheon that was well attended by employees
and management.

Miami's Community Outreach Coordinator (COC), who is a minority
male, has kept Miami FBI in good rapport with the community we
serve. During this reporting period, the underlying theme was:
Safety. Presentation regarding safety from child exploitation,
child abduction-related safety and terrorism were conducted with
the following groups:

Memorial Healthcare System

Florida Marlins

Pembroke Pines Police Department

9

To:  Director's Office   From:  Miami
Re:  280D-HQ-1192411, 04/04/2003


Hialeah Senior Citizen Group

Breast Cancer Society

Equally as exciting presentations were given to the
"EXPLORERS" of Miami Dade Police Department and Hialeah Police
Department.  The Explorers is a youth group comprised of
individuals who have demonstrated an interest in Law Enforcement.
The group enforcers discipline and dedication and help give young
adults a better understanding of the law enforcement world.
Miami COC gave a presentation to the group regarding careers and
opportunities within the FBI.

Miami's COC has done tremendously well in establishing
and maintaining liaison within the community.  His community
relation efforts are numerous and are not completely articulated;
however can be reviewed in the separate COC report.

Of particular interest, are the contacts with
local Muslim, Arab and Jewish community leaders.  This effort,
which was attended by approximately thirty individuals was
designed to address terrorist related matters and discuss the
FBI's mission.  Interestingly enough, the leaders were very
cooperative and supportive of the FBI's mission.


**6.    Personal Outreach/Community Contacts**

The outpouring of love and generosity of FBI employees, have
made a difference in the lives of so many underprivileged
children within the Miami FBI and otherwise.  Each Christmas
holiday, Miami division adopt an underprivileged family whom
meets certain criteria.  This year, Miami adopted two families;
which consisted of a total of eight children, one of whom had
special needs.  Both of these families were delighted to receive
Christmas trees and all the trimmings, food for Christmas dinner
and gifts for each child and adult.  In addition to this, each
family was given a food gift certificate to use accordingly.
"Gone but not forgotten" is Miami's motto as we remembered the
children of deceased employees; they too received tokens for
Christmas.  Miami contributed approximately $1,300.00 for this
effort including donations of Bicycle, Game boy, and Play Station
game.  Further characterizing that a little kindness goes a long
way.


10

To:  Director's Office  From:  Miami
Re:  280D-HQ-1192411, 04/04/2003

## 7.   Employees with Disabilities

        Miami employs a minority female who is hearing impaired
(deaf). She is assigned as a data loader and is regarding as a
valued employee.  SAC Pesquera, management and/or an appointee
ensures that an Hearing Impaired Interpreter is obtained for all
conferences.

◆◆

11