UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DANIEL FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1288 (JDB) |
| | ) | ECF |
| | ) | |
| ALBERTO GONZALES | ) | |
| Attorney General of the United States, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF VERONICA VENTURE**

I, VERONICA VENTURE, declare that:

1.      I am an employee of the Federal Bureau of Investigation ("FBI"). I have been an employee of the FBI since 2002.

2.      This declaration is submitted in support of the Defendant's Reply in Support of Its Motion to Dismiss in the above-referenced matter.

3.      I am the Equal Employment Opportunity Officer in the Office of Equal Employment Opportunity Affairs in Washington, D.C. In that capacity, two of my responsibilities include overseeing the provision of the EEO complaint processing system and EEO training for FBI employees.

4.      The FBI provides annual training to employees on EEO rights and responsibilities. During that training, employees are informed that EEO counselors are designated to discuss complaints of employment discrimination. In addition, employees are informed during training that there is a 45-day time limit to contact an EEO counselor about the employment action at issue.

5.      During New Agents Training, New Agent Trainees are provided information on the FBI's EEO program, process, and guidelines, including the requirement to contact an EEO counselor within 45 days of an alleged discriminatory event. This information is provided to all New Agent Trainees.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 8, 2007, Washington, D.C.

VERONICA VENTURE