**Exhibit 2**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FOSTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, in his official )<br>capacity as ATTORNEY GENERAL OF THE )<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Civil Action No.:<br>06-1288 (JDB) |

### DECLARATION OF DANIEL FOSTER

I, DANIEL FOSTER, declare that:

1. I was employed as a Special Agent with the FBI and previously submitted an Affidavit in the captioned proceeding in support of Plaintiff's Opposition to Defendant Motion to Dismiss Complaint.

2. This Declaration is submitted in support of my surreply in further opposition or in supplemental opposition to Defendant's Motion to Dismiss.

3. On or about December 11, 2006, I received, as did my counsel, a two-volume Investigative Report from the FBI's Office of Equal Employment Opportunity Affairs, addressing my EEO complaint originally filed October 5, 2005 with the FBI. The second last page of that Investigative Report makes reference to excerpts from the "FBI Manual of Administrative Operations and Procedures (MAOP) Part 1, Section 13 DISCIPLINARY MATTERS," attached to that Report.

4. While I was an FBI agent, I was not furnished a copy of this Manual or "MAOP" as it is known. It was, however, available online to all active FBI agents should the need arise to consult it. Once I was suspended from the FBI, I lost my online access to this Manual or MAOP, or to its written counterpart which is available in FBI workspace. It is not available to or accessible by the general public, online or otherwise.

5. I have never seen the excerpts of the MAOP, attached to the Investigative Report as "Ex. 29," until I received the Investigative Report on or about December 11, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 18, 2007, Ft. Lauderdale, FL

                                                  DANIEL FOSTER