IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FOSTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, in his official )<br>capacity as ATTORNEY GENERAL OF THE )<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Civil Action No.:<br>06-1288 (JDB) |

### ORDER

Upon consideration of Plaintiff's Motion For Leave To File A Surreply In Opposition To Defendant's Motion To Dismiss Or, Alternatively, To File A Supplemental Opposition To Defendant's Motion To Dismiss, Defendant's response thereto, and the record herein, it is this _____ day of _____ 2007,

ORDERED that Plaintiff's Motion For Leave To File A Surreply In Opposition To Defendant's Motion To Dismiss Or, Alternatively, To File A Supplemental Opposition To Defendant's Motion To Dismiss be and it is hereby GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE