UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DANIEL FOSTER,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1288 (JDB) |
| **ALBERTO GONZALES,** Attorney General, | ) ) ) ) | ECF |
| Defendant. | ) ) ) | |

### ORDER

UPON CONSIDERATION of defendant's motion for leave to file a response to plaintiff's sur-reply and further opposition to defendant's motion to dismiss and the entire record in this case, the Court finds that good cause exists for granting such leave. Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that the Clerk shall file Defendant's Response to Plaintiff's Sur-Reply in Further Opposition to Defendant's Motion to Dismiss.

_____                           _____
Date                                                                JOHN D. BATES
                                                                          United States District Judge

Copies to:  Counsel of Record Through ECF