UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID FOSTER,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**ALBERTO GONZALES,** Attorney General of the United States,<br><br>　　Defendant. | Civil Action No.  06-1288 (JDB) |

### ORDER AND JUDGMENT

Upon consideration of [3] defendant's motion to dismiss and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is this <u>28th</u> day of <u>June</u>, 2007, hereby

**ORDERED** that the motion, converted to a motion for summary judgment, is **GRANTED**; and it is further

**ORDERED** that **JUDGMENT** is entered for defendant Alberto Gonzales.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　United States District Judge